# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION, LAWRENCE FRY, <br> *Plaintiff* <br> v. <br> STATE OF WASHINGTON, WASHINGTON STATE PATROL, <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. CV-88-394-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Order for Entry of Judgment entered August 11, 2015, Plaintiffs are awarded judgment against the Defendants for the stipulated attorney fees amount of $1.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a motion for Stipulated Amended Request for Entry of Judgment.

Date:  08/11/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas